GEORGE HANDLEY et al., Appellants, v. DOMINICK J. AMBROSE, Defendant, and FRANK AMBROSE, Respondent.— In an action to recover damages for malicious prosecution, plaintiffs appeal from so much of an order of the Supreme Court, entered in Nassau County on September 14, 1960, and in Suffolk County on September 21, 1960, as denied their motion: (1) to vacate a judgment of the Supreme Court, Suffolk County, entered May 21, 1958 upon default, dismissing the complaint; (2) to restore the action to the calendar; (3) to sever the action as against defendant Frank Ambrose; and (4) to obtain a preference in trial. Order, insofar as appealed from, affirmed, without costs. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

LORRAINE OVERTON, Appellant, v. LEO V. SMYKLA, Respondent.— In a negligence action to recover damages for injuries to person and property, resulting from the collision of two motor vehicles, plaintiff appeals from a judgment of the Supreme Court, Orange County, entered November 10, 1960, after trial, upon a jury's verdict, dismissing the complaint on the merits. Judgment affirmed, without costs. No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWIN CHASE, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Queens County, dated June 2, 1960, which denied, after a hearing, his application to vacate a judgment of said court, rendered January 13, 1933, convicting him, upon his plea of guilty, of robbery in the second degree (unarmed), and sentencing him to imprisonment in the New York State Reformatory at Elmira. Order affirmed. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HECTOR GUZMAN, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, rendered August 22, 1961, after trial, convicting him of a violation of section 1751-a of the Penal Law (unlawful possession of a narcotic drug), and sentencing him, as a prior offender, to serve a term of nine months in the New York City Penitentiary. On consent of the District Attorney, judgment reversed, information dismissed and defendant discharged. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.